# Court of Appeals
# of the State of Georgia

ATLANTA,  August 21, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2368.  BARBARA ANN MCBRIDE v. JEROME GARFIELD MCBRIDE.**

Barbara Ann McBride appealed to this Court from a final judgment and decree of divorce.  Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  08/21/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*